MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; NEVADA NEW BUILDS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00336-GMN-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loan Servicing, LP (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests MELANIE D. MORGAN, ESQ.and WILLIAM S. HABDAS, ESQ. receive all future notices.

Respectfully submitted, this 8th day of November, 2016.

**AKERMAN LLP**

/s/ *Melanie D. Morgan, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138

{39964129;1}                          1

AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Date: November 16, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39964129;1}    2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 8th day of November, 2016, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Michael Hannon*
An employee of AKERMAN LLP