1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
3 **AKERMAN LLP**
1160 Town Center Drive, Suite 330
4 Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
5 Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: william.habdas@akerman.com

7 *Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; NEVADA NEW BUILDS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00336-GMN-PAL<br><br>**JOINT STATUS REPORT** |

Plaintiff Bank of America, N.A., and Defendants Sahara Sunrise Homeowners Association, Absolute Collection Services, LLC, and Nevada New Builds, LLC (collectively the **Parties**) by and through undersigned counsel, submit the following joint status report in response to this court's April 7, 2017, Minute Order.

…

…

…

…

…

{41458096;1}

The parties have signed the settlement agreement, and exchanged the required tax documents. Barring any unforeseen problems, the settlement and dismissal should be complete in no longer than thirty (30) days. Unfortunately, the dismissal is not ready to be filed today.

The parties respectfully ask the court for an additional thirty (30) days to dismiss this action.

DATED this 13th day of April, 2017.

| **AKERMAN LLP** | **HONG & HONG, APLC** |
|---|---|
| /s/ William S. Habdas<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>10781 W. Twain Avenue<br>Las Vegas, NV 89135<br><br>*Attorneys for Defendant Nevada New Builds, LLC* |
| **BOYACK ORME & ANTHONY** | **ABSOLUTE COLLECTION SERVICES, LLC** |
| /s/ Kelley K. Blatnik   (of counsel)<br>KELLEY K. BLATNIK, ESQ.<br>Nevada Bar No. 12768<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>401 N. Buffalo Drive, Suite 202<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant Sahara Sunrise HOA* | /s/ Shane D. Cox<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>Absolute Collection Services, LLC<br>8440 W. Lake Mead Blvd, Suite 210<br>Las Vegas, NV 89128<br><br>*Attorneys for Defendant Absolute Collection Services, LLC* |

**IT IS ORDERED** that the parties shall have until **May 15, 2017**, to file the stipulation to dismiss or a joint status report indicating when the stipulation will be filed.

Dated: April 18, 2017

Peggy A. Leen
United States Magistrate Judge

{41458096;1}  2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 13th day of April, 2017, I caused to be served a true and correct copy of the foregoing **JOINT STATUS REPORT**, in the following manner:

(**ELECTRONIC SERVICE**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof  with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List as follows:

JOSEPH Y. HONG, ESQ.
**HONG & HONG, APLC**
10781 W. Twain Avenue
Las Vegas, NV 89135

*Attorneys for Defendant Nevada New Builds, LLC*

KELLEY K. BLATNIK, ESQ.
EDWARD D. BOYACK, ESQ.
**BOYACK ORME & ANTHONY**
401 N. Buffalo Drive, Suite 202
Las Vegas, NV 89145

*Attorneys for Defendant Sahara Sunrise HOA*

SHANE D. COX, ESQ.
**ABSOLUTE COLLECTION SERVICES, LLC**
Absolute Collection Services, LLC
8440 W. Lake Mead Blvd, Suite 210
Las Vegas, NV 89128

*Attorneys for Defendant Absolute Collection Services, LLC*

　　　　　　　　　　　　　　　　　 */s/ Carla Llarena*
　　　　　　　　　　　　　　　　　 An employee of AKERMAN LLP

{41458096;1}　　　　　　3